11192, 11216. WILLIAMS *et al. v.* MITCHEM; and *vice versa.*

In accordance with the decision of the Supreme Court in these cases, the judgment is reversed on each bill of exceptions.

DECIDED MAY 14, 1921.

Trover; from city court of Morgan — Judge Miller. November 25, 1919. See 25 *Ga. App.* 138; 151 *Ga.* 227.

*C. J. Taylor, R. R. Jones, Pottle & Hofmayer,* for plaintiffs.
*B. W. Fortson,* for defendant.

PER CURIAM. The judgment complained of in the main bill of exceptions in this case was affirmed and the cross-bill of exceptions was dismissed. Thereupon application was made to the Supreme Court for a writ of certiorari to review the decision of this court on the main bill of exceptions. The writ was granted, and on the hearing the judgment of this court on the main bill of exceptions was reversed by the Supreme Court. 151 *Ga.* 227 (106 S. E. 284). While the cross-bill of exceptions was not technically before that court on the certiorari, it appears from the decision that the Supreme Court did consider the assignments of error in the cross-bill as well as in the main bill of exceptions, and, in the opinion of this court, that decision constitutes a reversal of the judgment of this court on the main bill of exceptions and also a reversal of the judgment of this court dismissing the cross-bill of exceptions; and therefore it is now ordered that the judgment of the trial court be and it is hereby reversed on both bills of exceptions.

*Judgment on both main bill and cross-bill reversed. Jenkins, P. J., and Stephens and Hill, JJ., concur.*